IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHEAL SMITH,

      Petitioner,               No. 2:09-cv-3264-WBS-JFM (HC)

    vs.

WARDEN, HIGH DESERT STATE PRISON,

      Respondent.          ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer.

        On December 23, 2009, petitioner filed a motion by which he seeks "the time necessary" to pursue this action. The only deadline by which petitioner will presently be affected

/////

is the deadline for filing a traverse set in this order.  Petitioner's December 23, 2009 motion is too vague and conclusory to warrant court intervention.  It will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted;

2. Respondent is directed to file an answer within forty-five days from the date of this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus and an Order Re Consent or Request for Reassignment on Michael Patrick Farrell, Senior Assistant Attorney General; and

5. Petitioner's December 23, 2009 motion is denied.

DATED: January 6, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
smit3264.100

2